IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HENRY R. TAYLOR, JR., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-244 JJF |
| KATHLEEN D. FELDMAN, JEANNE K. CAHILL, AND PATRICK J. O'HARE, | ) |
| Defendants. | ) |

**FILED MAY 1 8 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

**AUTHORIZATION**

I, Henry R. Taylor, Jr., SBI #159464, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $13.33 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated May 11th, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: May 16th, 2007.

_Henry R. Taylor, Jr._
Signature of Plaintiff

I/M MR. Henry R. Taylor, JR.
SBI# 159464   UNIT S1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court Clerk
844 N. King Street Lock Box 18
Wilmington, DELAWARE
19801-3570

$00.41⁰  MAY 17 2007
MAILED FROM ZIP CODE 19977