AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 07cv244 _____

## ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

### *NOTICE OF AVAILABILITY OF A*
### *UNITED STATES MAGISTRATE JUDGE*
### *TO EXERCISE JURISDICTION*



**FILED**

MAY 18 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I HEREBY ACKNOWLEDGE RECEIPT OF ___One___ COPIES OF AO FORM 85.

5-16-07
**(Date forms issued)**

*Henry R. Taylor, JR*
**(Signature of Party or their Representative)**

Henry R. Taylor, JR.
**(Printed name of Party or their Representative)**

PLEASE COMPLETE AND RETURN TO THE U.S. DISTRICT COURT

**Note: Completed receipt will be filed in the Civil Action**