7/24/07

MR. Henry R. Taylor, JR.
159464/S.B.III
Del. Com. Ct. 1181
Paddock Rd. Smyrna,
DE. 19977

MR. Peter T. Dalleo
U.S. Del. Dist.
Court Clerk

JJF.

RE: CIV. NO. 07-244 (JJF.)

MR. Dalleo,

I am looking forward to filing an amended complaint prior to any of the defendants responding to my complaint. Because of this I would appreciat you sending me the following: (1) One court docket to bare out all pleadings before the court, as to whether defendants have been served (2) a copy of the local Delaware District Rules to assist me as a Pro Se litigant. Thanking you in advance for any assistance you can provide.

Sincerely,
Henry R. Taylor, JR.



FILED
JUL 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M Henry R. Taylor, JR.
SBI# 152461    UNIT 3)
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$00.41⁰  JUL 24 2007
PITNEY BOWES
0004608975
MAILED FROM ZIP CODE 19977

United States Delaware
District Court Clerk
844 N. King St. Lock Box 18
Wilmington, DE.
19801-3570