OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 1, 2007

TO: Henry R. Taylor, Jr.
SBI# 159464
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE:** *Request for Copy of Docket and Local Rules; 07-244(JJF)*

Dear Mr. Taylor:

A letter has been received by the Clerk's office from you requesting a copy of the docket from the above noted civil action.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. **A copy of the docket is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future**, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Please be advised that a copy of our local rules are available at the law library of the institution where you are presently incarcerated. However, if you would like to purchase a copy of the Local Rules, please send a check or money order in the amount of $2.00 made payable to the Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.
enc: Docket Sheet