IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HENRY R. TAYLOR, JR.

PRO SE PLAINTIFF.

C.A. NO. 07-244-JJF.

V

KATHLEEN FELDMAN, et. al

DEFENDANTS.

JURY TRIAL DEMAND


FILED
AUG 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NOTICE OF AND
MOTION FOR EXTENSION OF TIME

Plaintiff respectfully request pursuant to Local Rule 16.4. and Fed. R.C.P. 6(b) an order extending the time to respond to Defendants Motion and or answer to his claims

Plaintiff's motion is made on the following grounds that:

1. Plaintiff, who is representing himself on a Pro se basis, is allowed access to the prison law library two days a week totaling to barely or just a little over 4 hours due to security reasons.

2. This limited time at the law library prevents Plaintiff from completing the necessary legal research required to properly respond to Defendants answer requesting the Court to grant and a dismissal of the suit.

3. Plaintiff has requested no previous extention of time, and to date since the filing of his original complaint this is his first paper before the Court.

4. While Plaintiff is actively engaged in filing an appellant Brief in the Delaware Supreme Court Appeal No. 421, 2007 Cr. A. No. 309034710I, it too hinders his ability as a Pro Se litigant to effectively research his points in filing a response to the Defendants answer Pleadings.

Wherefore, Plaintiff request the Court to grant him an extention of time of twenty days from the time it receives notice of this motion or alternatively how much time the Court deems just and proper as a Pro Se litigant.

Henry R. Taylor, JR.
HENRY R. TAYLOR, JR.
S.B.I. #159464
Delaware Correctional
Center 1181 Paddock
Rd. Smyrna, DE
19977

DATE: August 21, 2007

1

## CERTIFICATE OF SERVICE

I, Henry R. Taylor, JR. hereby certify that on the date above I served two copies of the notice of and motion requesting an extention of time by U.S. Mail on the following:

Marc P. Niedzielski
(2616) Deputy Attorney General Department of Justice 820 North French St. Carvel Building 6th Floor Wilm, DE. 19801

Henry R. Taylor, JR.
_____
HENRY R. Taylor, JR.
S.B.I. 00159464
Delaware Correctional Center 1181 Paddock Rd. Smyrna, DE. 19977

DATED: August 21, 2007

2

I/M: MF
SBI# 159464    UNIT S1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



ATTENTION:
OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING STREET
LOCKBOX 18  Wilm,
DE.    19801-3570

MR. Henry R. Taylor, JR.
S.B.I.# 00159464
Delaware Correctional
Center 1181 Paddock
Rd. Smyrna, DE. 19977

August 21, 2007

U.S. District Court
Clerk 844 N. King
St, Lock Box 18
Wilm, DE. 19801-3570

07-244



Dear Clerk:

This letter is concerning my request for an extention of time before the court.

Upon recieving the District Court Rules I learned that local Rule 7.1.2 (b) states a person responding to another perties motion or answer they have 10 days to file a response.

At the same time Federal Civil R. P. 12 (a)(2) states 20 days to file. Not to sure of these two Rules lead me to file for an extention consistent with local Rules.

Once the court receives this motion I would appreciate you forwarding the copy back in the self addressed envelope I am enclosing verifying the date it was filed with the court for my own records. Thank You.

Yours truly
Henry R. Taylor, JR.