

| | | |
|---|---|---|
| **JOSEPH R. BIDEN, III**<br>ATTORNEY GENERAL | **DEPARTMENT OF JUSTICE**<br>NEW CASTLE COUNTY<br>820 NORTH FRENCH STREET<br>WILMINGTON, DELAWARE 19801 | CRIMINAL DIVISION (302) 577-8500<br>FAX (302) 577-2496<br>CIVIL DIVISION (302) 577-8400<br>FAX (302) 577-6630<br>TTY (302) 577-5783 |

August 28, 2007

Clerk of the U.S. District Court
U.S. Courthouse
844 N. King Street
Wilmington, DE 19801

      RE:   <u>**Henry R. Taylor, Jr. v. Kathleen Feldman, et al.**</u>
              C.A. No. 07-244-JJF

Dear Clerk:

      Please be advised that the defendants have no position regarding plaintiff's motion for extension of time to respond to defendants' answer. (D.I. 16)

      However, defendants believe it is unnecessary for plaintiff to respond to their answer as the federal rules do not provide for such a response where no counterclaim is filed.

      If you have any questions, please contact me.

                                      Very truly yours,

                                      /s/ Marc P. Niedzielski
                                      Marc P. Niedzielski
                                      Deputy Attorney General

cc:    Henry R. Taylor, Jr.
        SBI 00159464
        D.C.C.
        1181 Paddock Road
        Smyrna, DE 19977