IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HENRY R. TAYLOR, JR.

PRO SE PLAINTIFF,

v.

KATHLEEN D. FELDMAN, et.al

DEFENDANTS.

C.A. NO. 07-244 JJF

JURY TRIAL DEMAND

## NOTICE OF AND MOTION FOR THE APPOINTMENT OF COUNSEL

COMES NOW, PLAINTIFF HENRY R. TAYLOR, JR. Pro se and gives notice this Honorable Court that pursuant to 28 U.S.C. §1915(e)(1) he is seeking the appointment of counsel in the above caption case for the following reasons:

1. Plantiff is unable to afford counsel. His request for leave to proceed in forma Pauperis was granted.

2. Because there exist a close nexus between the Defendants' challenged actions outlined in the Complaint and the State of Delaware in connection with the judicial branch of the local government entity the issues in this case are complex requiring significant research and investigation.


RECEIVED
BY
AUG 28 2007

3. While it does appear Plaintiff has a modicum of knowledge of the law, Plaintiff's access to the law library on average is 4½ hours per week and sometimes cut due to security reasons. This fact considered together with Plaintiff's current incarceration will greatly limit his ability to do the necessary research to litigate the case.

4. With the possibility of there being a trial that will likely involve conflicting testimony, counsel would better enable Plaintiff to present evidence and cross examine witnesses.

5. Plaintiff has made repeated efforts trying to obtain counsel through attempts on a pro bono basis and a reduce fee, but have not had any success. See attached letters verifying same.

Wherefore, having met most if not all of the factors listed when filing for counsel set forth in Parham v. Johnson, 126 F.3d 454, 461 (3rd Cir. 1997), Plaintiff request that this Court excercise it's discretion and determine same and appoint him counsel.

Henry R. Taylor, JR.
HENRY R. TAYLOR, JR
DELAWARE CORRECTIONAL
CENTER 1181 Paddock
Rd. Smyrna, DE. 19977

DATED: August 27, 2007

2



**DuPont Legal**

Geoffrey Gamble
DuPont Building Room 7052-1
Wilmington, DE 19898
Telephone: (302) 774-1464
Fax: (302) 774-1398

July 30, 2007

Mr. Henry R. Taylor, Jr.
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Taylor:

    Thank you for your letter and materials. I believe the best course of action is for me to refer you to Mrs. Rina Marks, Executive Director of the Delaware State Bar Association. She may be able to assist you in finding pro bono counsel.

Very truly yours,

Geoffrey Gamble

/pd
cc: Rina Marks
    Delaware State Bar Assn.
    301 N. Market St.
    Wilmington, DE 19801



**DELAWARE
STATE BAR
ASSOCIATION**

301 N. Market Street
Wilmington, DE
19801
Tel.: 302.658.5279
800.292.7869
FAX: 302.658.5212

Receipt is acknowledged of your correspondence to the Delaware State Bar Association/Delaware Lawyer Referral Service.

The services of the Lawyer Referral Services of the Delaware State Bar Association, **which are not available through the mail,** are made available to the community through a telephone interview with the Lawyer Referral Service and payment of a **$35.00 consultation fee.** The fee must be paid at the time of the consultation or no service shall be given. **In the case of incarcerated or hospitalized individuals, a relative or friend should call the offices of the Lawyer Referral Service at 302-478-8850 or 1-800-773-0606 – (800 number only in DE).** The Lawyer Referral Service provides referrals to private attorneys; **it does not answer legal questions, provide list or legal representation itself** and if a referral results in a private attorney accepting representation of a client, the attorney and the client make arrangements between themselves regarding **payment of attorney's fees.**

**Requests for legal representation in civil or criminal matters by individuals of limited financial means should be directed to:**

Delaware Volunteer Legal Services (Pro Bono)
Widener University School of Law
P.O. Box 7306
Wilmington, DE 19803

(New Castle County)
Community Legal Aid Society, Inc.
100 W. 10th Street, Suite 801
Wilmington, DE 19801

(Kent County)
Community Legal Aid Society, Inc.
840 Walker Road
Dover, DE 19904

(Sussex County)
Community Legal Aid Society, Inc.
144 East Market Street
Georgetown, DE 19947

(New Castle County)
Legal Services Corporation of Delaware
100 W. 10th Street, Suite 203
Wilmington, DE 19801

(Kent County)
Legal Service Corporation of Delaware
208 S. Governors Ave.
Dover, DE 19904

(New Castle County)
Public Defenders Office
820 N. French Street
5th Floor
Wilmington, DE 19801

(Kent County)
Public Defenders Office
45 The Green
Dover, DE 19901

(Sussex County)
Public Defenders Office
14 The Circle
South Bedford Street Entrance
Georgetown, DE 19947

**Complaints concerning attorneys should be addressed to:**

Office of Disciplinary Counsel
Carvel State Office Building
820 N. French Street, 11th Floor
Wilmington, DE 19801

In order to assist you if you do elect to contact any of the above mentioned, your correspondence is being returned to you

Delaware State Bar Association

DELAWARE
STATE BAR
ASSOCIATION

301 N. Market Street
Wilmington, DE
19801
Tel.: 302.658.5279
800.292.7869
FAX: 302.658.5212

**KAIRYS, RUDOVSKY, EPSTEIN & MESSING, LLP**

Law Offices
Suite 500
924 Cherry Street
Philadelphia, PA 19107

David Rudovsky
Jules Epstein
Paul Messing
Jonathan H. Feinberg
Ilene Kalman (1985-1996)
David Kairys
  Of Counsel

Tanya L. Smith
  Office Manager

Phone (215) 925-4400
Fax    (215) 925-5365

March 14, 2006

Henry R. Taylor, Jr.
SBI 159464 Unit S1
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Taylor:

Your recent correspondence has been received and reviewed by Mr. Jonathan H. Feinberg. Please be advised that no one in this office is licensed to practice law in Delaware. I am therefore returning your materials.

Sincerely,

*Tanya L Smith*

Tanya L. Smith
Office Manager

EX B6

## DELAWARE VOLUNTEER LEGAL SERVICES, INC.

*Serving the Community for over Twenty Years*

P.O. BOX 7306
WILMINGTON, DELAWARE 19803

TELEPHONE: 302-478-8680
1-800-773-0606
FACSIMILE: 302-477-2227
WEBSITE: WWW.DVLS.ORG

KAREN JACOBS LOUDEN, ESQUIRE
PRESIDENT, BOARD OF DIRECTORS

JANINE N. HOWARD-O'RANGERS, ESQUIRE
EXECUTIVE DIRECTOR

THOMAS V. MCDONOUGH, ESQUIRE
STAFF ATTORNEY:
DOMESTIC VIOLENCE & ATTORNEY RECRUITMENT

JACQUELYN A. CHACONA, ESQUIRE
STAFF ATTORNEY:
OUTREACH & CASE PLACEMENT

February 16, 2006

IM Henry R. Taylor, Jr.
SBI# 159464 Unit SI.
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Re:  <u>Request for Legal Assistance</u>

Dear Mr. Taylor:

I regret to inform you that Widener's Public Interest Resource Center/Delaware Volunteer Legal Services, Inc. will not be able to assist you with your criminal issue due to problem ineligibility. This program is for assistance with civil cases only, not criminal matters.

I am sorry we are not able to assist you. I have enclosed your paperwork.

Sincerely,

Delaware Volunteer Legal Services, Inc.

:lk

EX. B1


United Way
A United Way of Delaware Member Agency

# DELAWARE VOLUNTEER LEGAL SERVICES, INC.

*Serving the Community for over Twenty Years*

P.O. BOX 7306
WILMINGTON, DELAWARE 19803

TELEPHONE: 302-478-8680
1-800-773-0606
FACSIMILE: 302-477-2227
WEBSITE: WWW.DVLS.ORG

KAREN JACOBS LOUDEN, ESQUIRE
PRESIDENT, BOARD OF DIRECTORS

JANINE N. HOWARD-O'RANGERS, ESQUIRE
EXECUTIVE DIRECTOR

THOMAS V. MCDONOUGH, ESQUIRE
STAFF ATTORNEY:
DOMESTIC VIOLENCE & ATTORNEY RECRUITMENT

JACQUELYN A. CHACONA, ESQUIRE
STAFF ATTORNEY:
OUTREACH & CASE PLACEMENT

February 28, 2006

IM Henry R. Taylor, Jr.
SBI# 159464 Unit SI.
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Re:  Request for Legal Assistance

Dear Mr. Taylor:

I have enclosed a brochure that will explain in detail what types of cases DVLS handles. I am very sorry about the confusion this may have caused. We do not handle Civil Rights cases or any cases that are fee generating.

Sincerely,

Delaware Volunteer Legal Services, Inc.

:lk

Ex B2



# More Del. lawyers donate their time

May 23, 2004

## As legal aid dries up, attorneys fill in the gap

**By ESTEBAN PARRA**
Staff reporter

Without money to hire an attorney, Teresa Moyer began seeking legal advice from friends, police – even the Internet.

"I asked a police officer what I could do and he said, 'You can't do anything,'" said Moyer, who wanted advice on some family issues.

But thanks to an increasing number of attorneys who donate their time, it might be easier for Moyer and others like her to get legal advice and, in some instances, legal services.

The number of attorneys providing free service, or pro bono work, in Delaware has increased in the last year by 7 percent to 800, according to Delaware Volunteer Legal Services, which provides legal services for the poor.

While there is no national figure to show how many lawyers are donating their services, some experts said they are seeing an increase.

Steven Scudder, staff council to the American Bar Association's Standing Committee on Pro Bono and Public Service, said from what he's seen more attorneys are working pro bono for various reasons, including a desire to do good in the community.

"From my perspective, there are a lot of reasons for more lawyers wanting to do pro bono work," Scudder said. "It's not a response to a crisis, it's more of a community connection from the legal community."

Wilmington attorney Robert H. Richards III said he began donating his time six years ago because he felt he should be doing more.

"I felt I was not pulling my weight in helping my fellow man," he said. Richards litigates patent cases, but donates his time to work on protection-from-abuse cases. "It's been really rewarding."

Recent rule changes in Delaware have made it easier for attorneys to work pro bono. The

See LAWYERS — B2

### REASONS FOR THE INCREASE

Recent rule changes in Delaware have made it easier for attorneys to work pro bono, including allowing non-Delaware attorneys to give advice and the easing of conflict-of-interest rules, so that more attorneys can offer legal advice.

---

**7 percent** May 23, 04

Increase in number of attorneys providing free (pro bono) work in Delaware. The total is 800.

---

# Lawyers: Training offered in many fields

May 23, 04

**FROM PAGE B1**

changes include allowing non-Delaware attorneys to give advice and easing conflict-of-interest rules so more attorneys can offer legal advice. Some of the changes were done with groups who help provide legal assistance in mind, said Julie S. Dvorak of the Administrative Office of the Courts.

Dvorak manages a program that provides 15 minutes of free family legal advice on Mondays to people who are representing themselves – known as pro se – in New Castle County. The program is provided at the New Castle County Courthouse Self-Help Center, but Dvorak said they are working to expand the program statewide, as well as searching for other legal fields where the services are needed.

"We're hosting a training [session] on the 25th to extend the services in June in the area of tenants rights," she said. The training is necessary because some of the attorneys work in other specialities.

Another group of lawyers stepping up to provide more free legal services for the poor is the Pro Bono Inn of Courts, which was established last month.

"We'll be available for bankruptcy, landlord-tenant, veterans affairs and children's services as well as criminal cases," said Geoffrey Gamble, the

> "Attorneys get a bad rap, but I'm increasingly impressed by the Delaware Bar."
> **DANA HARRINGTON**
> Managing attorney, Delaware Volunteer Legal Services

group's secretary and the chief international counsel for the DuPont Co. The group hopes to start training attorneys later this year.

The increase in pro bono work comes at a time when funding for legal aid organizations that help provide these services is drying up, said Dana Harrington, managing attorney for Delaware Volunteer Legal Services.

"Attorneys get a bad rap, but I'm increasingly impressed by the Delaware Bar, both by the financial commitment and the time commitment that they give to help the indigent," she said.

Moyer also said she was thankful for attorneys who donate their time, adding that it's helped her along in her case. "I'm getting a lot more information," she said. "This is good."

Reach Esteban Parra at 324-2299 or eparra@delawareonline.com.

EX. 1

EX B10

## CERTIFICATE OF SERVICE

I, Henry R. Taylor, JR. Certify that on the date indicated below I did serve two copies of the attached exhibits/motion for the appointment of Counsel by U.S. Mail on the following:

Marc P. Niedzielski
(2616) Deputy Attorney
General Department
Of Justice 820
North French Street
Carvel State Building,
6th Floor Wilmington,
DE. 19801
Attorney For Defendants

Henry R. Taylor, JR.
Henry R. Taylor, JR.
S.B.I. 00159461
Delaware Correctional
Center Smyrna, DE.
Pro Se Plaintiff

DATED: August 27, 2007



I/M: Henry R. Taylor JR.
SBI# 159464   UNIT 81
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICE OF THE CLERK
UNITED STATES DISTRICT
COURT 844 N. KING STREET
LOCK BOX 18 Wilmington,
DELAWARE 19801-3570

