IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HENRY R. TAYLOR, JR.

PLAINTIFF,

v.

KATHLEEN D. FELDMAN, et. al

DEFENDANTS.

C.A. No. 07-244-JJF

JURY TRIAL DEMAND



## AFFIDAVIT IN SUPPORT OF THE PLAINTIFF'S MOTION FOR THE APPOINTMENT OF COUNSEL

HENRY R. TAYLOR, JR., being duly sworn, deposes and says:

1. I am the Plaintiff in the above Caption Case. I make this affidavit in support of my motion for the appointment of Counsel.

2. The Complaint in this Case alleges that the Defendants have acted with a "Callous indifference" towards his Court access rights under the Fourteenth Amendment by destroying Court files. The evidence attached to the Complaint at D.I.2 demostrates it was learned well in advance of the Defendants employing a twenty year policy the documents were being requested.

3. The destruction of Court files imposes a significant and substantial threat to Plaintiff's life, liberty and property interest.

4. The Plaintiff has demanded a jury trial.

5. Plus, Plaintiff has extremely limited resources at his disposal, is unable to travel, to conduct investigations, interview/depose adverse witnesses, and is at an unfair disadvantage by not having access to free and modern means of investigating the exact disposition of the Court files (ie. internet, e mail, data base, fax, cell phone and or direct land line).

6. Plaintiff has not learned a law degree.

7. Plaintiff is both uneducated and undereducated in the field of civil practice.

8. Plaintiff has provided witnesses, DI2 exhibit 20 and 21 with affidavits that have knowledge of material facts in support of his claim.

10. These witnesses might affect the outcome of the suit under governing law and therefore counsel would be in a better position to investigate these witnesses and present their testimony before a jury, if there be a trial.

11. The case will require substantial discovery of documents and depositions and subpoena of witnesses.

WHEREFORE, the Plaintiff's MOTION FOR THE APPOINTMENT OF COUNSEL Should be granted.

I declare under Penalty of Perjury, pursuant to 28 U.S.C. Section 1746 and 18 U.S.C. Section 1621, that the foregoing is true and Correct.

Signed this 24th day of August, 2007

*Henry R. Taylor, JR.*
HENRY R. TAYLOR, JR.
Plaintiff Pro Se #159464
Delaware Correctional
Center 1181 Paddock
Rd. Smyrna, DE. 19977

2

## CERTIFICATE OF SERVICE

I, Henry R. Taylor, JR. Certify that on the date shown below, I served two copies of the attached affidavit as the Plaintiff in this case to support my motion requesting the appointment of Counsel by U.S. Mail on the following:

Marc P. Niedzielski
Deputy Attorney
General Department
Of Justice 820
North French St.
Carvel Building
6th Floor Wilmington,
DE. 19801

*Henry R. Taylor JR.*
HENRY R. Taylor, JR.
DEL. Corr. Ct. 1181
Paddock Rd. 19977

DATED: 8/24/07

3