

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

October 2, 2007

Henry R. Taylor, Jr.
SBI 00159464
Delaware Correctional Center
1181 Paddock Road
Smyrna DE  19977

        **RE:**   <u>**Taylor v. Feldman et al.**</u>,
                C.A. No. 07-244-JJF

Dear Mr. Taylor:

      Please allow this to serve as a response to your letter of September 17, 2007, where you express your belief that I have a conflict of interest in representing the State employees that you have sued.

      I have reviewed the matter and conclude that you are mistaken.

                                                Sincerely,

                                                <u>/s/ Marc P. Niedzielski</u>
                                                Marc P. Niedzielski
                                                Deputy Attorney General

The Honorable Joseph R. Biden, III
The Honorable James T. Vaughn, Jr.
Clerk of U.S. District Court