Henry R. Taylor, Jr.
S.B.I. # 00159464
Delaware Correctional
Center 1181 Paddock Rd.
19977

September 17, 2007

Marc P. Niedzielski
Deputy Attorney General
Department Of Justice
820 N. French St. Wilm,
DE. 19801



RE: Civil A. NO. 07- 244- JJF

Dear Counsel:
Based on disciplinary rules I am Of the opinion there exist a conflict of interest that puts me at an unfair disadvantage by you being counsel for the parties involed in the above noted suit. I am writing to see if you will agree. Then if you do agree to see if you will take appropriate action in resolving the matter. this has to do with how you as a employee of the Department of justice appear to have a personal interest in the outcome of the overall proceedings. This appearance of an impropriety is certainly a complicated if not complex issue when you consider the defendants are public officers like yourself in some way all connected to the Attorney General's office to say the least. Plus, Supreme Court Rule 68 (f) on conflict of interest states: Whenever the Department of Justice certifies to the appointing court that a conflict of interest exist, or may exist because of the appointment of a Dept. of Justice attorney, as a result of any statute or disciplinary rule under the Delaware Lawyers' Rules of Professional conduct, the court may appoint an attorney from the private bar if the court is satisfied that such conflict may exist. More to the point, Supreme Court Rule 68 (b) (2) on Federal proceedings states: When a public officer or employee is a defendant in an action brought in the District of Delaware, the petitioner may petition that court for the appointment of counsel. That court may then refer said petition to the president judge of the superior Court for appropriate action in accord with applicable state law.

Specifically, I am refering to Delaware Lawyers' Rules of professional Conduct Rules 1.10, 1.11, 1.7., 1.13, as well as Title 29 Sec. 2509 which states on conflict of interest: No member of the Departmentof justice <u>shall</u> act as attorney or counsel in any controversy in which the state, a county or a municipality has an interest except in the members official capacity.

I f you were to read under the comments of these Rules as well you will find the point I am trying to make.

Once you have read over these rules if you agree this is the appearance of an impropriety I would appreciate you taking the appropriate action necessary to resolve this matter.

                            Sincerely,

                            *Henry R. Taylor, JR.*

                            H.R.T.

## Certificate of Service

I, __Henry R. Taylor, Jr.__ ,hereby certify that I have served a true

And correct cop(ies) of the attached: __letter of conflict of interest__

_____ upon the following

parties/person (s):

TO: __Beau Biden__   TO: __U. S. District Court Clerk__

__Delaware Attorney General__   __844 king Street Wilm, DE. 19802__

__Department of Justice__

__820 N. French St Wilm, DE. 19802__

TO: __Delaware State Bar Assn.__   TO: __President Judge__

__301 N. Market Street__   __Superior Court__

__Wilm, DE 19801__   __James Vaugn Judge__

__500 king St. Wilm, DE. 19801__

__3746__

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __17th__ day of __September__ ,200_7_

_Henry R. Taylor, JR._

I/M Henry R. Taylor, JR.
SBI# 154144  UNIT 5)
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. Delaware District
Court Clerk 844 King Street
Lock Box 18 Wilm, DE.
19801-3570