Henry R. Taylor #159464 (S.B.I)                October 24, 2007

Attention Court Clerk,                          07-244

Please find enclosed a $2.00 dollar money order requesting the 4 page docket sheet to bare out all pleadings that were fied. If the docket sheet is more than 4 pages and more money is needed I would appreciate you advising me of same. Thank you.

Sincerely,
Henry R. Taylor, JR.



FILED
OCT 2 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

MR. Henry Richton, JR.
Delaware Corr. Ct.
1181 Paddok Rd.
Smyrna, DE. 19977

U.S. Delaware District Court
Clerk Lock Box 18 844 King Street
U.S. Court House
Wilmington, DE. 19801

LEGAL MAIL