Dear Clerk,

Please find enclosed a courtesy copy of the First Request For Documents with the Defendants to be made a part of the record with the Court. Thank you in advance.

H.R.T.

*Henry R. Taylor, JR.*



Bpscanned