IN THE UNITED STATES. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Henry R. Taylor,. Jr. | : | |
|     Plaintiff, | : | JURY TRIAL DEMAND |
| | : | |
| v. | : | C. NO. 07-244-JJF |
| | : | |
| | : | |
| Kathleen D. Feldman, et.al. | : | |
|     Defendants. | : | |

**DEFENDANTS' RESPONSES TO PLAINITFF'S
FIRST REQUESTS FOR PRODUCITON OF DOCUMENTS**

*1.      Defendant's or their counsel are being asked to produce copies of all request ever made by any other local governmental agency for the court records from the time they were created on April 8,1985 leading up to the date the records are claimed to have been destroyed based on policy.*

**RESPONSE:**    Objection as to the request for production directed to defendants' counsel as he is not a party and not subject to Fed.R.Civ.P. 34.  Without waiving this objection and assuming that plaintiff is referring to the record of his guilty pleas colloquy of April 8, 1985, for two counts of Burglary 2nd in Superior Court for New Castle County (Cr.A, Nos. IN84-09-0298 and IN84-09-0300) there are no documents in defendants' possession that respond to "all request ever made by any other local governmental agency."  However, please refer to copies of documents attached to plaintiff's complaint and the attached document that shows that Superior Court Reporter David G. Meddings' stenographic notes for the period January 28, 1985 to October 10, 1985 were destroyed in October 1995 by the staff of the Delaware Public Archives.   [D0001]

2. *Produce any and all documents verifying the exact date, time if known, and place the records relevant to this civil action were destroyed.*

**RESPONSE:** Please refer to prior response and document attached

3. *Produce any and all Rules, regulations, the policies, practice and procedures governing the manner under which the court records were destroyed.*

**RESPONSE:** Please refer to response to No. 1, Superior Court Criminal Rule 55, 29 *Del.C*. chapter 5 and the attached documents that comprise a portion of the State of Delaware, Delaware Public Archives' Retention Schedule and Documents for the Superior Court.  [D 0002-0007]

4. *Produce any and all communications in any form between each named party as a defendant relating to the destruction of the court records relevant to Plaintiff's civil action prior to and following the destruction of court files.*

**RESPONSE:** Objection, all communication among the defendants was through or by their attorney and such communications are confidential and not subject to disclosure under the attorney client and /or work product privilege.

5. *Produce any and all documents with the name of any Defendant's that have been cited, involved in, or responsible for the loss or destruction of court files from the time of their employment to date as a person in a position of the publics trust.*

**RESPONSE:** Objection, this request seeks documents that are beyond the scope of Rule 26 and not reasonably calculated to lead to the discovery of admissible evidence.

- 2 -

6. *Produce copies of any complaints filed against any of the Defendant's as court reporters as well as all other Defendant's acting to serve the general public as an official currently pending.*

**RESPONSE:** Objection, this request seeks documents that are beyond the scope of Rule 26 and not reasonably calculated to lead to the discovery of admissible evidence.

7. *Defendant's as court reporters or their counsel are ask to produce communications in any form with Defendant James Fraizer of the Delaware Public Archives as well as any other court official verifying the nature and consent under which the court records were destroyed.*

**RESPONSE:** Objection, all communication among the defendants with defendant James Frazier was through or by their attorney and such communications are confidential and not subject to disclosure under the attorney client and /or work product privilege. Without waiving such objection, plaintiff is in possession of documents from defendant Frazier prior to the lawsuit

8. *Produce copies of all documents showing the name or names of persons within the judicial branch of the local governmental agency authorizing destruction of court records relevant to this civil action.*

**RESPONSE**: Objection, as set out above in response to No. 1, no employees of the judicial branch purged the stenographic notes. Instead, it is a tasked assigned to the Delaware Public Archives pursuant to 29 Del.C. ch. 5.

9.     *Produce documents verifying the persons place of employment within the judicial branch of the local governmental agency responsible for executing the policy claimed resulting in destruction of court records relevant to this civil action in question.*

**RESPONSE:**    Please refer to response to No. 8.

10.    *Produce a copy of the contract to provide services to the Superior Court of New Castle County involving all court Reporters during the years 1989- 2007.*

**RESPONSE:**    Objection, this request seeks documents that are beyond the scope of Rule 26 and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving such objection, defendants do not possess documents that are responsive to this request.

11.    *Produce copies of any documents past and present revealing any complaints before the review board subject to formal proceedings where there has been however slight any violations of the provisions of the Delaware Court Reporter code of Responsibility.*

**RESPONSE:**    Objection, this request seeks documents that are beyond the scope of Rule 26 and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving such objection, defendants do not possess documents that are responsive to this request.

12.    *Provide a copy of the form for filing a complaint against court reporters.*

**RESPONSE:**    Objection, this request seeks documents that are beyond the scope

of Rule 26 and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving such objection, defendants do not possess documents that are responsive to this request.

*13.    Produce copies of the "Request for Proposal" for court reporting services published during the years 2002 - 2007.*

**RESPONSE:**   Objection, this request seeks documents that are beyond the scope of Rule 26 and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving such objection, defendants do not possess documents that are responsive to this request.

*14.    Produce a copy of any and all court issued memorandum relating to the destruction of the court files or any other documents relevant to this civil action.*

**RESPONSE:**   Please refer to Superior Court Criminal Rule 55.

*15.    Produce copies of documents relating to any steps taken to recover or make up for the loss or destruction of court files relevant to this civil action.*

**RESPONSE:**   Objection, this request seeks documents that are beyond the scope of Rule 26 and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving such objection, defendants do not possess documents that are responsive to this request.

- 6 -

*16.    Produce documents of any and all reliable, secondary or substitute evidence so as to possibly reconstruct the* court records of the proceedings relevant to this civil action.

**RESPONSE:**    Objection, this request seeks documents that are beyond the scope of Rule 26 and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving such objection, defendants will produce the relevant Guilty Plea Form, Plea Agreement and Sentencing Order.

*17.    Produce documents verifying each named defendants involvement in the loss or destruction of court files from the time of their employment as court reporters or otherwise over the past twenty years to date.*

**RESPONSE:**    Objection, this request seeks documents that are beyond the scope of Rule 26 and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving such objection, defendants do not possess documents responsive to this request.

/s/ Marc P. Niedzielski
Marc P. Niedzielski, I.D. #2626
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Flr.
Wilmington, DE  19801
(302) 577-8400
Attorney for Defendants

DATED:  January 14, 2008

- 7 -

## CERTIFICATE OF SERVICE

I certify that on the date indicated below I served two copies of the attached document by regular U.S. Mail on the following:

Henry R. Taylor, Jr.
SBI 00159464
Delaware Correctional Center
Smyrna, DE  19977

/s/ Marc P. Niedzielski
Marc P. Niedzielski (2616)
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801

| | | |
|---|---|---|
| This section must always be completed | Authorized signature    7-20-89    Date | Agency name (Cabinet)    Superior Court |
| | 571-2390    Public Bldg.    Telephone number    Address | Superior Court    Administrative unit (Division, bureau, etc.) |
| | 1217    CRCA-1/CRCR-2    Schedule number    Item number    CRCA1CR2 | Confidential? ☐ yes ☒ No |

Type of Transfer
- ☒ Transfer to the state records center for storage
- ☐ Permanent transfer of records for preservation in the Archives
- ☐ Transfer of records from the custody of the Bureau of Archives and Records
- ☐ Transfer for microfilming

Film orders: Pursuant to the records retention schedule cited above, once the records have been microfilmed and verified, they will be:
☐ Stored in the Archives permanently    ☐ Returned to the originating agency    ☐ Destroyed

Disposition: Pursuant to the records retention schedule cited above, these records will be retained:
☐ Permanently    ☒ Until: 10 years
Date disposal is authorized by schedule

No public records may be destroyed without permission.

Comments: Civil/Criminal Misdemeanors

Disposal authorized by: _____ Chief, Bureau of Archives & Records

No records will be accepted unless the originating agency provides agency box numbers in the left column.

Listing of Boxes:

| Agency box number | Description of the contents of each box transferred, including the inclusive dates of the records. | | Records Center box number |
|---|---|---|---|
| | Meddings, David G. | | |
| 102 | 7/20/84 – 1/17/85 | 1995 Jan | 32505 ✓ |
| 103 | 1/28/85 – 10/10/85 | 1995 Oct | 35663 ✓ |
| 104 | 2272 10/15/85 – 7/25/86 | 1996 July | 25149 ✓ |
| 105 | 9/9/86 – 10/30/87 | 1997 Oct | 25205A ✓ |
| | Sherr, Sandra | | |
| 106 | 5/28/85 – 11/27/85 | 1995 Nov | 33863 ✓ |
| | McDermott, Diane G. | | |
| 107 | 3/15/84 – 1/23/85 | 1995 Jan | 34802 ✓ |
| 108 | 2/6/85 – 7/26/85 | 1995 July | 32818 ✓ |
| | Palazzo, Jay | | |
| 109 | 5/23/83 – 2/16/84 (Cont'd) | 1994 Feb | 18434 ✓ |

Receipts:
☐ Records received from the Bureau of Archives and Records:    Signature _____ Date _____
☐ Records received by the Bureau:    Signature Patty Carran    Date 8/22/89

State of Delaware
Delaware Public Archives
Hall of Records
Dover, Delaware

| RECORD GROUP 1217 | | | | PAGE 1 of 2 |
|---|---|---|---|---|
| AGENCY | Superior Court | | | |
| UNIT | Prothonotary's Office - Criminal Action | | | |
| SERIES # | SERIES TITLE AND DESCRIPTION | CONF/ VITAL | RETENTION | RETENTION INSTRUCTIONS | DATE APPROVED |

## CRIMINAL ACTION RECORDS

| SERIES # | SERIES TITLE AND DESCRIPTION | CONF/VITAL | RETENTION | RETENTION INSTRUCTIONS | DATE APPROVED |
|---|---|---|---|---|---|
| CR-001 | CRIMINAL CASE FILES — Complete case history including pleadings, indictments, briefs and sentencings. | | PERMANENT | Retain at court 6 months after close of case and appeal period is over; purge per attached approved purging list; transfer to Records Center for 60 years; transfer to Archives for permanent preservation. | 5/1985 |
| CR-002 | CRIMINAL DOCKET BOOKS — Chronological case summary of all criminal cases. | | PERMANENT | Retain at agency until docket is full; transfer to Archives for permanent preservation. | 5/1985 |
| CR-003 | OLD INDEX CARDS (1968-1974) — Cards containing names, criminal charges and case numbers of defendants. | | PERMANENT | Retain until case closed; film; destroy originals. Retain film permanently at Archives. | 5/1985 |
| CR-004 | GUN PERMITS — Document granting legal permission to carry a gun. | CONF | PERMANENT | Retain at court 1 yr; transfer to Records Center for 59 years; transfer to Archives for permanent preservation. | 5/1985 |
| CR-005 | INDEX CARDS FOR GUN PERMITS — Cards listing names, addresses and notes if permit was issued. | CONF | PERMANENT | Retain at court 1 yr; transfer to Records Center for 59 years; transfer to Archives for permanent preservation. | 5/1985 |
| CR-006 | RULE 9 WARRANT/CAPIAS CARD FILE — Card file listing when and for whom a warrant/capias has been issued. | | PERMANENT | Retain at court permanently. | 5/1985 |

D000002

State of Delaware
Delaware Public Archives
Hall of Records
Dover, Delaware

PAGE 2 of 2

| RECORD GROUP 1217 AGENCY Superior Court UNIT Prothonotary's Office - Criminal Action | | | | |
|---|---|---|---|---|
| SERIES # | SERIES TITLE AND DESCRIPTION | CONF/ VITAL | RETENTION | RETENTION INSTRUCTIONS | DATE APPROVED |

CRIMINAL ACTION RECORDS(CONTINUED)

| | | | | | |
|---|---|---|---|---|---|
| CR-007 | CRIMINAL DAILY LOG  Counter book containing cases entered in Superior Court on a daily basis. | | FIVE YEARS | Retain at court 5 yrs; destroy. | 5/1985 |
| CR-008 | CRIMINAL OFFICE RECORDS  Information pertaining to functions of the Criminal Department. | | UPDATE AS NEEDED | | 5/1985 |
| CR-009 | COPIES OF INDICTMENTS WITH GRAND JURY VOTE  Decision of the Grand Jury | YES | PERMANENT | Retain at court 1 yr; transfer to Records Center for 59 years; transfer to Archives for permanent preservation. | 5/1985 |

c:\karen\projects\1217\protholcrimn.doc

D000003

State of Delaware
Delaware Public Archives
Dover, Delaware

| RECORD GROUP 1217 | | | PAGE 1 of 1 |
|---|---|---|---|
| AGENCY | Superior Court | | |
| UNIT | Court Reporter's Office | | |
| SERIES # | SERIES TITLE AND DESCRIPTION | CONF/VITAL | RETENTION | RETENTION INSTRUCTIONS | DATE APPROVED |

| SERIES # | SERIES TITLE AND DESCRIPTION | CONF/VITAL | RETENTION | RETENTION INSTRUCTIONS | DATE APPROVED |
|---|---|---|---|---|---|
| CR-001 (CA1) | STENOGRAPHER NOTES - CIVIL ACTION CASES. Verbatim account of court proceedings. | | TEN YEARS | Retain at court 1 yr; transfer to State Records Center for 9 yrs; destroy. | 5/1985 |
| CR-002 (CRCR-1) | STENOGRAPHER NOTES - CRIMINAL ACTION CASES. Verbatim account of court proceedings. A. All Felony Cases except cases of "life without parole." | | TWENTY YEARS | Retain at court 1 yr; transfer to State Records Center 19 yrs; destroy. | 4/9/1992 |
| | B. Felony Cases A - cases of "life without parole." | | FIFTY YEARS | Retain at court 1 yr; transfer to State Records Center 49 yrs; destroy. | 4/9/1992 |
| CR-003 (CR2) | STENOGRAPHER NOTES - CRIMINAL MISDEMEANOR CASES. Verbatim account of court proceedings. | | TEN YEARS | Retain at court 1 yr.; transfer to State Records Center for 9 yrs.; destroy. | 6/2003 |
| CR-004 (A-1) | REPORTERS OFFICE RECORDS - ADMINISTRATIVE RECORDS. New Castle County - Convenience copy of court proceedings on a daily basis. | | THREE YEARS | Retain at court 3 yrs; destroy. | 5/1985 |
| CR-005 (A-2) | CASE SCHEDULE LIST - ADMINISTRATIVE RECORDS. Sussex County - Convenience copy of cases scheduled for hearing. | | THREE YEARS | Retain at court 3 yrs; destroy. | 5/1985 |

**State of Delaware**
**Delaware Public Archives**
**Dover, Delaware**

PAGE 1 of 1

| RECORD GROUP | 1561 |
|---|---|
| AGENCY | Public Defender |
| UNIT | |

| SERIES # | SERIES TITLE AND DESCRIPTION | CONF/ VITAL | RETENTION | RETENTION INSTRUCTIONS | APPROVED |
|---|---|---|---|---|---|
| PDA-1A | **CLIENT FILES** Criminal client files pertaining to misdemeanor and/or felony charges in Court of Common Pleas, Superior Court, Alderman's Court, J.P. Court 11, and Supreme Court (non merit appeals only). These files contain indictments, interview sheets, release of information forms, evaluation unit screening forms, bail reduction forms, discovery request, representation letters, sentence reduction forms, preliminary arraignment disposition forms, police reports, transcripts, non-merit briefs, research, motions etc. | CONF | THREE YEARS | Retain at agency 3 yrs from sentencing date or post conviction decision; destroy. | 2/3/2004 |
| PDA-1B | **CLIENT FILES - APPEALS** Criminal files pertaining to all merit briefs filed in Supreme Court, regardless of the length of sentence. This file contains indictments, interview sheets, release of information forms, evaluation, unit screening forms, bail reduction forms, discovery requests, representation letters, sentence reduction forms, preliminary arraignment disposition forms, police reports, transcripts, merit brief, research, motions etc. | CONF | THREE YEARS AFTER FINAL JUDGMENT CONVICTION | Retain at agency 3 yrs after final judgment of conviction; destroy. NOTE: Retain merit brief, State's answering brief, and reply in Brief Bank until no longer useful. Transfer any psychological and/or medical information to the evaluation unit. Send transcripts and discovery to client, if incarcerated before destroying file. | 2/3/2004 |

D000005

Superior Court
Purge List
Criminal Case Files
Record Series CR-001

TO BE DISCARDED

When a criminal case is closed (defined as after expiration of sentence, or at disposition, if there is no sentence), these documents will be purged from the file and destroyed prior to storage and delivery to Delaware Public Archives. An exception to this list may be made indicating that some or all documents in a file may be protected from purging in any case.

All duplicates of original documents
All warrants, commitments, bail bonds, etc. from lower court (Exception: when there is no indictment on file)
Rule 9 summonses
All subpoenas issued and returned
Notice of appearance
Stipulations
Motions:
    Bill of particulars - request
    Bill of particulars - response
    Amend indictment
    Arrest of judgment
    Appointment of counsel and/or w/d as counsel
    Amend sentence acquittal, etc.
    Catscan examination
    Competency hearing - mental exam
    To consolidate
    For continuance
    Certificate of reasonable doubt
    Correction of sentence
    Habitual offender
    Directed verdict of acquittal
    Evidentiary hearing
    Proof positive
    Reduction/increase of bail and/or impose conditions of bail
    Forfeiture of bail, property
    Motion to compel
Brief schedule
Address notice - notice to appear
Information for capias
Arrest notice
Conditions of probation
Case report/progress report (except final report)
Certified copies of medical reports

Bail bond applications
Wire taps and orders for wire taps, etc.
Briefs
Delinquent brief notices
Letter memos
Notice of dispositions
Prothonotary work sheets for:
- Office conferences
- Arguments
- Pre-trial conferences
- Hearings

Proposed instructions to jury/prayers
Notice of appeal
Request for transcripts
Registered mail receipt cards or letters returned
Receipt for records, exhibits, or evidence returned
Miscellaneous correspondence including:
- Letters of transmittal
- Confirmation of dates
- Rescheduling problems
- Letters from defendants and answers

Approved 04/19/1993