

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

January 15, 2008

Henry R. Taylor, Jr.
SBI 00159464
Delaware Correctional Center
Smyrna, DE 19977

RE: **Henry R. Taylor, Jr. v. Kathleen Feldman, et al.**
C.A. No. 07-244-JJF

Dear Mr. Taylor:

Please allow this to serve as defendants' supplementation of their response to your request for production of documents. Enclosed you will find three pages [D0008-10] that include: your guilty plea form of April 8, 1985, the plea agreement between you and the State that is dated April 8, 1985, and the sentencing order on you dated August 21, 1985.

These documents were identified in response to your request No. 16.

Very truly yours,

/s/ Marc P. Niedzielski
Marc P. Niedzielski
Deputy Attorney General

cc:    Clerk of U.S. District Court

STATE OF DELAWARE         )
                     )
      v.            )   CrA No.

_Henry R. Taylor_
(Defendant's name - please print)   )

## GUILTY PLEA FORM

The defendant must answer the following questions in his own handwriting.

Date of birth: **6 - 6 - 62**    Last grade in school completed: **11**

Have you ever been a patient in a mental hospital? **NO**

Are you under the influence of alcohol or drugs? **No**

Have you freely and voluntarily decided to plead guilty to the charges listed in your written plea agreement? **Yes**

Have you been promised anything that is not stated in your written plea agreement? **No**

Do you understand that because you are pleading guilty you will not have a trial and you therefore waive (give up) your constitutional right:

> to be presumed innocent until the State can prove each and every part of the charges against you beyond a reasonable doubt,
> to a speedy and public trial,
> to trial by jury,
> to hear and question the witnesses against you,
> to present evidence in your defense,
> to testify or not testify yourself, and
> to appeal to a higher court? **Yes**

What is the total consecutive maximum possible penalty provided by law for the charges to which your guilty plea is offered? **4-40**

Is there a mandatory minimum penalty? **No** If so, what is it? _____

Has anyone promised you what your sentence will be? **No**

Do you understand that a guilty plea is a violation of probation and parole? **Yes**

Do you understand that a guilty plea to a felony will cause you to lose your right to vote, to be a juror, to hold public office, to own or possess a deadly weapon, and other civil rights? **Yes**

Are you satisfied that your lawyer has fully advised you of your rights and of the result of your guilty plea? **Yes**

WITNESSED BY:

_____      _Henry R. Taylor_
                                  Signature of Defendant

Date: **4/8/85**

15

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE,

V.

HENRY TAYLOR _____ ,

            Defendant.

) BURGLARY 2d (6 counts)
) Theft (F) (5 counts)
) Theft (m)
) criminal Mischief (under $300)
)    N84-09-0298 thru 0302;
       0306 thru 0311
    N84-10-1684 thru 1685

ROBINSON    PLEA AGREEMENT

**Defendant will plead guilty to:**

Burglary 2d (Count I - N84-09-0298)

Burglary 2d (Count X - N84-09-0300)

**State will enter a Nolle Prosequi on:**

All the remaining indicted counts listed in the caption above.

*FILED PROTHONOTARY APR 16 PM '85*

**State will ~~recommend~~:**

take no position at sentencing, and agrees that the defendant will not be indicted for the additional two incidents covered in his statement, for which he has not yet been indicted.

**Other agreement:**

Defendant will make restitution to all the victims in all the indicted counts, plus restitution to Leona Weissman (419 W. 35th St) for an as yet unindicted burglary at her residence, to which the defendant confessed.

_____
ATTORNEY FOR DEFENDANT

DATE: 4/8/85

_____
Steven J. Balick
Deputy Attorney General

_____
Henry R. Taylor
Defendant

cc:  Superior Court
     Attorney General
     Attorney for Defendant
     Defendant

**D000009**

I.D. #30406643



IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | CRIMINAL ACTION NUMBER |
| VS | ) | IN84-09-0300<br>BURGLARY SECOND DEGREE (F) |
| HENRY R. TAYLOR, JR.<br>DOB:   JUNE 6, 1922 | ) | |
| | ) | IN84-09-0298<br>BURGLARY SECOND DEGREE (F) |
| DEFENDANT | ) | |
| | ) | |

IT IS THE SENTENCE OF THIS COURT THAT THE DEFENDANT SHALL:

 AS TO IN84-09-0300:

1.   Pay the costs of prosecution.

2.   Be imprisoned for a period of two (2) years commencing August 21, 1985 and ending August 20, 1987.  Credit to be given for ninety seven (97) days already served.

3.   Be committed to the Department of Corrections for the purpose of carrying out this sentence.

AS TO IN84-09-0298:

1.   Pay the costs of prosecution.

2.   Be imprisoned for a period of two (2) years commencing August 20, 1987 and ending August 19, 1989.

3.   Period of imprisonment is suspended and defendant is placed on probation for a period of two (2) years.

Special conditions of probation are as follows:

a)   Defendant to pay the costs in both cases during probation; and

b)   Defendant to undertake to follow through on any job training programs made available to him through the Probation Officer.

August 21, 1985

_____  J.

Total Court Costs:   $297.44

**D000010**