IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HENRY R. TAYLOR,

Pro-se Plaintiff,

V

KATHLEEN D. FELDMAN,
JEANNE K. CAHILL,
PATRICK J. O'HARE,
SHARON AGNEW, and
JAMES FRAZIER

Defendants.

C.A. No. 07-244-JJF



no scanning

MOTION FOR RECONSIDERATION
OF THE APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C. § 1915(e)(1) and Federal Civil Rule 59(e) Plaintiff files this motion for reconsideration of the appointment of Counsel.

1. There is Third Circuit Court of Appeals authority the Plaintiff would like this Court to consider under which the Panel reverses the denial of Plaintiff's request for the appointment of Counsel.

2. See e.g. <u>Colston V Correctional Med. Services, et. al.</u> 13-8-90.90, a case although the District Court Judge set forth the <u>Tabron</u> factors, his conclusions that Plaintiff appeared capable of presenting his own case, the legal issues did not appear complex, there appeared to be no reason why plaintiff could not pursue any factual investigation, and that no expert testimony appeared necessary, cannot be squared with the Panels' decision. See e.g. <u>Montgomery V Pinchak</u> 294 F.3d 492, 499 (3rd Cir. 2002), <u>Parham V Johnson</u>, 126 F.3d 454-456, 57 (3rd Cir. 1997).

3. A review of this Courts' February 6, 2008 Mem. Order stating the reasons for denying the Plaintiff's request for the appointment of Counsel at this time are almost identical to the reasons denying the request for Counsel under the <u>Colston</u> decision.

4. While the Court determine the Plaintiff has the ability to represent his own case. It is difficult to imagine the Plaintiff's confinement does not put him at a disadvantage to properly investigate the multiple defendants as parties employed by the various branches of the local government associated with this Civil action. This becomes especially true and is very important in the face of the complex discovery rules to the Plaintiff.

2

## CERTIFICATE OF SERVICE

I, Henry R. Taylor, certify that on the date shown below I did serve one hand written legible copie(s) of the attached Motion for reconsideration of the appointment of Counsel by regular U.S. Mail on the following:

Marc P. Niedzielski
(2616) Deputy Attorney General Department of Justice 820 N French Street Carvel State Building, 6th Floor Civil Division Wilm, DE. 19801

Henry R. Taylor JR
Henry R. Taylor, JR
S.B.I # 159461
Del. Corr. Ct.
1181 Paddock Rd

DATED: February 20, 2008

Henry Taylor                    2/20/08

Dear Clerk,

I am unable to obtain Photo Copies which means I had to hand write the motion for the Parties Counsel to the Civil action. With that said, I would appreciate you filing this with the Court. Thank you.

Sincerely Yours,
Henry R. Taylor, JR.





I/M Henry R. Tayson Jr.
SBI# 159149 UNIT S
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Delaware U.S. District
Court Lock Box 18 844
King Street Wilm, DE.
19801