**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HENRY R. TAYLOR, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 07-244-JJF |
| | : | |
| KATHLEEN D. FELDMAN, et al., | : | |
| | : | |
| Defendants. | : | |

## FELDMAN'S 1st REQUEST FOR PRODUCTION DIRECTED TO PLAINTIFF

Defendant Kathleen D. Feldman hereby requests that Plaintiff produce at Defendant's attorneys' office for the purpose of inspection and copying, all of the following documents or evidence within 30 days pursuant to Fed.R.Civ.P. 34. These requests for production are continuing and the items requested must be kept current by supplementation.

As used in this request for production, "you" or "yours" means and refers to plaintiff, her attorney(s) and their agents and employees.

Defendant request Plaintiff produce complete originals of the following:

1.  Any and all documents and tangible things referred to in plaintiff's complaints in this matter.

2.  Any and all documents and tangible things identified or that should be identified in response to defendant's interrogatories.

- 2 -

     3.     Any and all reports, including drafts, by an expert retained by plaintiff in connection with this matter as well as his or her current qualifications, and any documents supplied or reviewed by that individual.

     4.     Any and all statements, in writing or oral, by any party or witness, in any form, relating to the incidents that form the basis of this lawsuit.

     5.     Any and all videotapes, audiotapes, or photographs taken by you that refers or relates to any claim or defense in the present matter.

     6.     Any and all documents or physical evidence that supports any claim of Plaintiff for damages of any nature.

     7.     Any and all court decisions that involve a claim similar as set forth in the complaint in this matter.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Deputy Attorneys General
820 North French Street
6th Floor
Wilmington, DE 19801
(302) 577-8324

DATED: April 3, 2008

- 3 -

## CERTIFICATE OF SERVICE

I certify that on the date indicated below I served two copies of the attached document by regular U.S. Mail on the following:

Henry R. Taylor, Jr.
SBI 00159464
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

/s/ Marc P. Niedzielski
Marc P. Niedzielski (2616)
Deputy Attorney General
Department of Justice
820 North French Street
Carvel Building, 6th Floor
Wilmington, DE 19801

DATED: April 3, 2008