```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF DELAWARE
```

HENRY R. TAYLOR, JR., :
:
        Plaintiff, :
:
  v. : Civil Action No. 07-244-JJF
:
KATHLEEN D. FELDMAN, JEANNE K. :
CAHILL, PATRICK J. O'HARE, :
SHARON AGNEW, and JAMES FRAZIER :
:
        Defendants. :

### ORDER

At Wilmington, this 16 day of April, 2008, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1) Plaintiff Henry R. Taylor, Jr.'s Motion for Reconsideration of Appointment of Counsel (D.I. 35) is **DENIED**.

2) Plaintiff Henry R. Taylor, Jr.'s Motion for Certification of an Interlocutory Appeal Order Pursuant to 28 U.S.C. 1292(b) (D.I. 37) is **DENIED**.

April 16, 2008

                                    /s/ Joseph J. Farnan
                                  UNITED STATES DISTRICT JUDGE