

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY (302) 577-5783

May 1, 2008

Henry R. Taylor, Jr.
SBI 00159464
Delaware Correctional Center
1181 Paddock Road
Smyrna DE 19977

      RE:    **Taylor v. Feldman et al.**,
              C.A. No. 07-244-JJF

Dear Mr. Taylor:

    Please allow this to serve as a response to your letter of April 28, 2008, 2007, wherein you request a thirty day extension to answer Defendant Feldman's discovery requests directed to you on April 3, 2008. On behalf of the defendants, I will accede to your requested extension which means that the responses to the discovery will now be due on June 2, 2008.

                                  Sincerely,

                                  /s/ Marc P. Niedzielski
                                Marc P. Niedzielski
                                Deputy Attorney General

Clerk of U.S. District Court