Marc P. Niedzielski Deputy
Attorney General Civil Division
820 North French Street
Wilmington, DE. 19801

April 28, 2008

      RE: <u>Taylor v. Feldman, et al., C.A. No. 07- 244-JJF</u>

Dear counsel:

due to some difficulty I am having, I am requiring an additional 30 days within which to respond to the interrogatories and production of documents regarding defendants discovery requests.

If you have any questions concerning this please do write me. Thank you in advance for your cooperation in this matter.

                      Very truly yours,

                       *Henry R. Taylor, JR.*

                         H.R.T.


CC: U.S. Del. District
    Court Clerk



FILED
MAY - 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M MR. Henry B. Taylor
SBI# 159464  UNIT S1
DELAWARE CORRECCTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the
U.S. District Court
Clerk 844 N. King Street
Lockbox 18 Wilm, DE.
19801-3570

