# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 08-1600

Henry Taylor, Jr. v. Kathleen Feldman, et al

(Del D.C. No. 1-07-cv-00244)

## O R D E R

Pursuant to Fed. R. App. P. 3(a) of the Federal Rules of Appellate Procedure and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant/petitioner failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: 7 May 2008

cc:

Mr. Henry R. Taylor Jr.
Marc P. Niedzielski

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk