IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HENRY R TAYLOR, JR.
PRO-SE Plaintiff.

CIVIL A. NO. 07-244 JJF

V.

KATHLEEN D FELDMAN et al.,


FILED
JUN 13 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION REQUESTING LEAVE TO
FILE A SUPPLEMENTAL COMPLAINT

Pursuant to Federal Civil Procedure Rules 15(a) and 15(d) Plaintiff request leave to file a supplemental & Petition adding a new Party to the Complaint based on the following:

1. At the time of filing the Original Complaint Plaintiff was not aware of the actual Court Reporter responsible for reporting the April 3, 1955 Court records

2. Since the filing of the Complaint the Plaintiff has learned the name of the Person responsible for reporting the records at issue in this Civil action is Joel Leibow.

3. The fact Court Reporter Leibow is responsible for reporting the April 8, 1995 Court records demostrates his relationship to the Claims in the Original Complaint under Which Plaintiff Wishes to add Leibow on as a defendant (e.g Party) to this Civil Action

4. Plaintiff reQuest for leave to file a supplemental Complaint is not in bad faith nor an intent to delay the Suit.

5. For these reasons Joel Leibow is being named as a defendant and is being Sued in his individual and official Capacity With respect to the Claims outlined in the Complaint at DI 2 EXh. 1-21. At all times relevent to the Complaint this defendant Was acting under the Color of State law.

## Conclusions

For the furegoing reasons, the Plantff respectfully reQuest that he be allowed to Supplement his Complaint by adding a Party.

## CERTIFICATE OF SERVICE

I, Henry R. Taylor, JR. hereby Certify that I have Served a true And Correct Copies of the attached: Supplemental Motion upon the following.

TO:  U.S. DISTRICT Court
     Clerk 844 King Street
     Lock Box 15 Wilmington
     DE. 19601

By PLACING IN A SEALED ENVELOPE, and depositing Same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977

On this 9th day of June, 2008

Henry R. Taylor JR.

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. Delaware District
Court 844 King
Street Lock Box 19
Wilmington De.
19402