IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HENRY R. TAYLOR, JR.
PRO-SE Plaintiff.

V.

KATHLEEN D. FELDMAN et al.,
DEFENDANTS.

Civil A. No. 07-244 JJF



FILED

JUN 13 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## FIRST COMBINED SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT FELDMAN

Pursuant to Rule 26, 33, and 34 of the federal Rules of Civil Procedure Defendant Kathleen D. Feldman as the official Chief Court Reporter you are to adhere to the following interrogatories and requests for Production of documents to be answered or responded to in writing and where required under Oath within (30) days of the date of Service.

## DEFINITIONS

1. "Document" or "documents" shall have the meaning set forth in Rule 34(a) of the Federal Rules of Civil Procedure, and shall include, without limitation, any writing, recording, photograph, computer data base/datal bank, report, memorandum, books summarizing, ledgers or other item containing information of any kind or nature, whether in draft or final form, however produced or reproduced, whatever its orgin or location, and regardless of the form in which such information exists or is maintained

2. The terms "and or "or" shall mean and include both the conjunctive and the disjunctive.

3. Identify when used with respect to a person means to provide the following information:

(a)    the name, telephone number, and residential address of the person; and

(b)    the name of the present employer, place of employment, business and job title of the person.

1.

4. "Identify When Used With respect to an entity: means to Provide the following information:

(a) the name, telephone number and address of the entity; and (b) the name of the entity's owners, Principals, Officers, and/or Partners,

5. Identify When Used With respect to a document means to provide the following information:

(a) the nature of the document (e.g., letter, contract, memorandum, etc.);

(b) the date of the document;

(c) the Preparer and/or source of the document and all recipients of the document;

(d) the substance in detail of the document; and

(e) each Person Who now has custody Possession or Control of the document.

2

## INSTRUCTIONS

1. Each Discovery Request Shall be answered fully and in writing and, Where required by the applicable rules, under Oath.

2. If you Claim a privilege as to any of the information requested to be identified and/or produced in the Discovery Requests, Specify the privilege Claimed, the Communication or other matter as to Which Such Claim is made, the Subject of the Communication or Other matter and the basis upon Which you assert the Claim of privilege.

3. These Discovery Requests Shall be deemed to be Continuing So as to require Supplemental responses and/or production in accordance with Rule 26(e) of the Federal Rules of Civil procedure.

3

1. Do you agree my recently discovering the names of the original Court Reporters responsible for reporting the April 8, 1995 proceedings making it possible for me to file a supplemental motion adding them on as defendants' to this civil action are Joel Leibow and Roland Vozone? If so, please provide any and all documents in your possession or control identifying their current place of employment and how long they were required by Court rule, statute, or policy to keep their stenographic notes' for the April 8, 1995 proceedings.

2. With respect to the destruction of Court records do you know whether Joel Leibow and Roland Vozone are insured against liability and/or malpractice? If so, please provide any and all documents in your possession or control identifying the name and address of their insurance carrier with a description of the policy.

3. Please state whether Leibow and Vorzone were on contract with the state at the time of reporting the April 8, 1995 Court proceedings. If you are in possession or control of any documents verifying the nature of contract or certification please provide plaintiff with this information.

4

4. Please identify and State Whether defendant Kathleen Feldman, Jeanne Cahill, and Patrick J. O'Hare are insured against liability and/or malPractice When Performing their duties as Court Reporters or On Contract With the State. If You are in Possession or Control of any documents Clarifying this information Please Provide Plaintiff With Copies of same.

5. Do You Contend the April 8, 1985 Court records Were destroyed based On a Policy With Archives? If So, Please Produce any and all documents making it Clear as to exact date for employing the Policy in Connection With the Archives retention Schedule resulting in destruction Of the Court records at issue in this Civil action.

6. Please State the request for Payment Submitted to the Public Defenders Office by the initial Court Reporter responsible for reporting Plaintiff's Criminal Case under Cr. A, Nos. IN 84-09-0298 and IN 84-09-0300. If You are in Poss. Or Control of any documents Clarifying this information Produce the documents.

5

7. State the procedure in effect during the periods between April 8, 1985 through April 8, 2005 for the stenographic notes of all felony cases. If the procedure is set forth in any job description or other document, produce the document.

8. State the names, titles and duties of all court reporters or other individuals at the Superior Court in and for New Castle County during the periods, between April 8, 1985 through April 8, 2005 designated for stenographic notes of Class A felonies. If this information is set forth in any job description or other document, produce the document.

9. State the procedure in effect during the periods between April 8, 1985 through April 8, 2005 at the Superior Court in and for New Castle County for responding to, and investigating requests by indigent and non-indigent parties for transcripts of criminal proceedings. If those procedures are set forth in any policy, directive, or other document, produce the document.

6

10. State Whether each session of the Superior Court in and for New Castle County in Criminal Trials and every other Criminal proceeding designated by rule or order of the Court or by one of the judges during Periods between April 1985 through April 2005 & Shall be recorded verbatim by Shorthand, Mechanical means electronic Sound recording, or any other recording method Subject to regulations and Whether Said reporter Shall attach his official Certificate to the Original Stenographic notes and Transcripts.

11. State Whether the reporter or other individual designated to Produce the record Shall transcribe and Certify Such Parts of the record of the proceedings and may be required by rule or order of the Superior Court New Castle County during the Periods between to April 1985 through April 2005, including all arraignments, Pleas and Proceedings in Connection With the imposition of Sentence in Criminal Cases So taken have been Certified by Said reporter or other individual designated and filed With the Clerk as provided by law.

12. State whether the Stenographic notes of the original Court reporters responsible for reporting the April 8, 1985 Court records were destroyed over the ten year period together with the Stenographic Notes of David G. Meddings in October of 1995 by Staff of Delaware Public Archives. So as not to confuse this matter with my initially being told the records were destroyed based on a twenty year policy please produce any and all documents or other data making it clear when the April 8, 1985 Court records were destroyed in connection with the Archives retention schedule.

13. please identify and State the current job description and titles of defendants Kathleen Feldman, Jeanne Cahill and Partrick J. O'Hare as Court Reporters. If any of these defendants' are no longer Court Reporting for any reason please Produce any and all documents in your poss. or Control identifying their last known job description and the reasons for no longer Court Reporting.

8

14. Please state and identify by name and job description or other title Judge, board of Commissioners, Court Reporters, State Agency, Public Official, Custodian, or other Persons responsible for employing the Policy after advising Archives of their nature and Obtained its Consent resulting in destruction of the April 8, 1985 &Court records. If this information being requested is setforth in any document in Your Poss. or Control Produce any and all documents.

## Certificate of Service

I, _Henry R. Taylor, JR._ ,hereby certify that I have served a true

And correct cop(ies) of the attached: _Combined Set Of_

_Interrogatories and Production of document_ upon the following

parties/person (s):

TO: _Marc P. Niedzielski_      TO: _____

_Deputy Attorney General_

_Dept. Of Justice_

_Civil Division 820 North_

_French St. 6th Floor_

_Wilmington, DE 19801_

TO: _____      TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _9th_ day of _JUNE_ ,200 _8_

_Henry R. Taylor JR._

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. Delaware District
Court 844 King
Street Lock Box 19
Wilmington De.
19863