IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HENRY R. TAYLOR, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 07-244-JJF |
| | : | |
| KATHLEEN D. FELDMAN, et al., | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I certify that on the date indicated below I served two copies of Defendant Kathleen Feldman's Responses to Plaintiff's discovery (D.I. 50) by regular U.S. Mail on the following:

> Henry R. Taylor, Jr.
> SBI 00159464
> Delaware Correctional Center
> Smyrna, DE  19977

> /s/ Marc P. Niedzielski
> Marc P. Niedzielski (2616)
> Deputy Attorney General
> Department of Justice
> 820 North French Street
> Carvel Building, 6th Floor
> Wilmington, DE 19801

DATED: July 14, 2008